IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 16–47–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JONATHAN ALLEN FARRAN, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said motion and being fully advised in the premises finds:

THAT the United States and the Defendant, JONATHAN ALLEN FARRAN, entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853;

THAT prior to the disposition of the assets, the United States Marshal's Service, or its designated sub-custodian, is required to seize the forfeited property; and

THAT 21 U.S.C. § 853(n)(1) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical,

direct written notice of the forfeiture and the United States' intent to dispose of the property.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Plaintiff's Unopposed Motion for Forfeiture of Property (Preliminary) (Doc. 25) is GRANTED;

THAT the Defendant, JONATHAN ALLEN FARRAN'S, interest in any real or personal property derived from any proceeds obtained, directly and indirectly, as a result of the violation of Count II of the Indictment, and any property traceable to such property, is forfeited to the United States in accordance with 21 U.S.C. § 853. That property consists specifically of the following items:

- $1,781.00 in U.S. currency;
- 1B62 CART (U) DVR - Bunker Hill Security S/N 369471524;
- 1B61 FIREARMS (U) 2 Black Boxes Containing Misc. Gun Parts (i.e. sights);
- 1B56 FIREARMS (U) Approximately 40 - 9mm rounds from Magazines Item 43 and Partial Box of 9mm Ammo - Approximately 24 Rounds;
- 1B55 FIREARMS (U) 4 Magazines;
- 1B54 FIREARMS (U) Tactical Vest;

- 1B53 FIREARMS (U) Approximately 25 Rounds from 5.56 Magazine;

- 1B52 FIREARMS (U) 5.56 Magazine;

- 1B51 FIREARMS (U) Camouflage Tactical Vest (Loaded 5.56 Magazine);

- 1B50 FIREARMS (U) 17 Shotgun Shells;

- 1B49 FIREARMS (U) Tactical Backpack (17 Shotgun Shells);

- 1B48 FIREARMS (U) Loose Ammo - Approximately 60 Rounds;

- 1B47 FIREARMS (U) Bag Containing Loose Ammo - Various Calibers - Approx. 125 rounds;

- 1B46 FIREARMS (U) 6 Magazines;

- 1B45 FIREARMS (U) Ammo from Safe (.308 - 40; 9mm/10mm - 93; 12 gauge shotgun shells -200; .380 - 68 rounds; .357 - 25; .45 - 18; .22 - 208; loose ammo - 58 rounds);

- 1B44 FIREARMS (U) Magazine and Laser (Attached to Walther P22);

- 1B43 FIREARMS (U) Walther P22 Pistol .22 Caliber S/N L148811;

- 1B42 FIREARMS (U) 8 Rounds from Magazine for Walther P22;

- 1B41 FIREARMS (U) Magazine for Walther P22;

- 1B40 FIREARMS (U) Walther P22 Pistol .22 Caliber S/N L061504;

- 1B39 FIREARMS (U) 15 Rounds (Removed from Magazine);

- 1B38 FIREARMS (U) Laser Light and Magazine (Attached to Walther PPX);

- 1B37 FIREARMS (U) Walther PPX 9mm Pistol S/N FAQ4871;

- 1B36 FIREARMS (U) 1 Shotgun Shell;

- 1B35 FIREARMS (U) Green rope (attached to pistol);

- 1B34 FIREARMS (U) 26.5mm pistol, no make s/n 04513 (08/59) (green rope attached);

- 1B33 FIREARMS (U) Ruger .22 cal pistol, model single six, s/n 65-85273;

- 1B32 FIREARMS (U) Empty magazine removed from Smith & Wesson;

- 1B31 FIREARMS (U) Smith and Wesson 9mm pistol, model 5926, s/n TFA5654;

- 1B30 FIREARMS (U) Empty magazine (Mossberg);

- 1B29 FIREARMS (U) Sling (attached to GSG 522 rifle);

- 1B28 FIREARMS (U) GSG 522 rifle, s/n A478461 with potential suppressor (sling item attached);

- 1B27 FIREARMS (U) One loose 9mm round along with 8 rounds from magazine (removed from Highpoint rifle);

- 1B26 FIREARMS (U) magazine (8 rounds of ammunition removed), flashlight, laser, sight and foregrip (attached to Highpoint rifle);

- 1B25 FIREARMS (U) Highpoint 9mm rifle, Model 995, no serial number (flashlight, laser, sight and foregrip, magazine attached);

- 1B24 FIREARMS (U) 12 shotgun shells (removed from Remington shotgun);

- 1B23 FIREARMS (U) Sling (attached to Remington shotgun);

- 1B22 FIREARMS (U) Remington 12 gauge tactical shotgun, wingmaster, no serial number (sling item attached);

- 1B21 FIREARMS (U) BSA scope (attached to SigSauer rifle);

- 1B20 FIREARMS (U) SigSauer Model 522, .22 cal, rifle, s/n XA026783 (BSA scope attached);

- 1B19 FIREARMS (U) Harris 1A bi-pod, sling, and Nikon scope and magazine (attached to DPMS rifle);

- 1B18 FIREARMS (U) DPMS 308 rifle, s/n 3069 (Harris 1A bi-pod, sling, and Nikon scope attached);

- 1B17 FIREARMS (U) 2 shotgun shells (removed from Ithaca

shotgun);

- 1B16 FIREARMS (U) Ithaca Model 87, 20 gauge shotgun, s/n 716459-2 (with 2 shotgun shells removed);

- 1B15 FIREARMS (U) Winchester rifle Model# 250, .22 ca l, s/n 747056;

- 1B14 FIREARMS (U) Sight Centerpoint, s/n /4826674 (attached to Highpoint);

- 1B13 FIREARMS (U) Highpoint 9mm rifle, Model 995, no serial number (attached to sight centerpoint s/n 81503341);

- 1B12 FIREARMS (U) Daisy scope (attached to Mossberg rifle); and

- 1B11 FIREARMS (U) Mossberg Plinkster, .22 cal rifle, s/n EIF3030540 (Daisey scope attached).

THAT the United States Department Marshal's Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's

Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 20th day of March, 2017.

Dana L. Christensen, Chief District Judge
United States District Court