IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 16–47–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JONATHAN ALLEN FARRAN, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853.

2. A preliminary order of forfeiture was entered on March 20, 2017. (Doc. 27.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 28.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 35.) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party, the following property:

- $1,781.00 in U.S. currency;

- 1B62 CART (U) DVR - Bunker Hill Security S/N 369471524;

- 1B61 FIREARMS (U) 2 Black Boxes Containing Misc. Gun Parts (i.e., sights);

- 1B56 FIREARMS (U) Approximately 40 - 9mm rounds from Magazines Item 43 and Partial Box of 9mm Ammo - Approximately 24 Rounds;

- 1B55 FIREARMS (U) 4 Magazines;

- 1B54 FIREARMS (U) Tactical Vest;

- 1B53 FIREARMS (U) Approximately 25 Rounds from 5.56 Magazine;

- 1B52 FIREARMS (U) 5.56 Magazine;

- 1B51 FIREARMS (U) Camouflage Tactical Vest (Loaded 5.56 Magazine);

- 1B50 FIREARMS (U) 17 Shotgun Shells;

- 1B49 FIREARMS (U) Tactical Backpack (17 Shotgun Shells);

- 1B48 FIREARMS (U) Loose Ammo - Approximately 60 Rounds;

- 1B47 FIREARMS (U) Bag Containing Loose Ammo - Various Calibers - Approx. 125 rounds;

- 1B46 FIREARMS (U) 6 Magazines;

- 1B45 FIREARMS (U) Ammo from Safe (.308 - 40; 9mm/10mm - 93; 12 gauge shotgun shells -200; .380 - 68 rounds; .357 - 25; .45 - 18; .22 - 208; loose ammo - 58 rounds);

- 1B44 FIREARMS (U) Magazine and Laser (Attached to Walther P22);

- 1B43 FIREARMS (U) Walther P22 Pistol .22 Caliber S/N L148811;

- 1B42 FIREARMS (U) 8 Rounds from Magazine for Walther P22;

- 1B41 FIREARMS (U) Magazine for Walther P22;

- 1B40 FIREARMS (U) Walther P22 Pistol .22 Caliber S/N L061504;

- 1B39 FIREARMS (U) 15 Rounds (Removed from Magazine);

- 1B38 FIREARMS (U) Laser Light and Magazine (Attached to Walther PPX);

- 1B37 FIREARMS (U) Walther PPX 9mm Pistol S/N FAQ4871;

- 1B36 FIREARMS (U) 1 Shotgun Shell;

- 1B35 FIREARMS (U) Green rope (attached to pistol);

- 1B34 FIREARMS (U) 26.5mm pistol, no make s/n 04513 (08/59) (green rope attached);

- 1B33 FIREARMS (U) Ruger .22 cal pistol, model single six, s/n 65-85273;

- 1B32 FIREARMS (U) Empty magazine removed from Smith & Wesson;

- 1B31 FIREARMS (U) Smith and Wesson 9mm pistol, model 5926, s/n TFA5654;

- 1B30 FIREARMS (U) Empty magazine (Mossberg);

- 1B29 FIREARMS (U) Sling (attached to GSG 522 rifle);

- 1B28 FIREARMS (U) GSG 522 rifle, s/n A478461 with potential suppressor (sling item attached);

- 1B27 FIREARMS (U) One loose 9mm round along with 8 rounds from magazine (removed from Highpoint rifle);

- 1B26 FIREARMS (U) magazine (8 rounds of ammunition removed), flashlight, laser, sight and foregrip (attached to Highpoint rifle);

- 1B25 FIREARMS (U) Highpoint 9mm rifle, Model 995, no serial number (flashlight, laser, sight and foregrip, magazine attached);

- 1B24 FIREARMS (U) 12 shotgun shells (removed from Remington shotgun);

- 1B23 FIREARMS (U) Sling (attached to Remington shotgun);

- 1B22 FIREARMS (U) Remington 12 gauge tactical shotgun, wingmaster, no serial number (sling item attached);

- 1B21 FIREARMS (U) BSA scope (attached to SigSauer rifle);

- 1B20 FIREARMS (U) SigSauer Model 522, .22 cal, rifle, s/n XA026783 (BSA scope attached);

- 1B19 FIREARMS (U) Harris 1A bi-pod, sling, and Nikon scope and magazine (attached to DPMS rifle);

- 1B18 FIREARMS (U) DPMS 308 rifle, s/n 3069 (Harris 1A bi-pod, sling, and Nikon scope attached);

- 1B17 FIREARMS (U) 2 shotgun shells (removed from Ithaca shotgun);

- 1B16 FIREARMS (U) Ithaca Model 87, 20 gauge shotgun, s/n 716459-2 (with 2 shotgun shells removed);

- 1B15 FIREARMS (U) Winchester rifle Model# 250, .22 ca l, s/n 747056;

- 1B14 FIREARMS (U) Sight Centerpoint, s/n /4826674 (attached to Highpoint);

- 1B13 FIREARMS (U) Highpoint 9mm rifle, Model 995, no serial number (attached to sight centerpoint s/n 81503341);

- 1B12 FIREARMS (U) Daisy scope (attached to Mossberg rifle); and

- 1B11 FIREARMS (U) Mossberg Plinkster, .22 cal rifle, s/n EIF3030540 (Daisey scope attached).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 31st day of May, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court